IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY RIVERA | : | |
| | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| ZACHERY NEWTON | : | |
| | : | NO. |
| Defendants | : | |

## COMPLAINT

The Plaintiff, Nancy Rivera, by and through her attorneys, Anzalone & Doyle Trial Lawyers, hereby complains against the Defendant, Zachery Newton, averring in support thereof as follows:

## THE PARTIES

1. The Plaintiff, Nancy Rivera, is an adult individual who currently resides at 244 Birchwood Drive, East Stroudsburg, Monroe County, Pennsylvania 18102.

2. The Defendant, Zachery Newton, is an adult individual who, upon information and belief, currently resides at 16 Hanzel Woods Dr., Great Meadows, New Jersey 07838.

3. The Defendant, Zachery Newton, acted in a manner that directly and proximately caused the crash and resulting injuries suffered by the Plaintiff, Nancy Rivera.

4. At all times material hereto, the Plaintiff, Nancy Rivera, acted with due care and in no way caused or contributed to the crash that caused her injuries and forms the basis of this action.

5. The Plaintiff, Nancy Rivera, seeks damages for all harms and losses permissible under Pennsylvania law, including, but not limited to, past, present and future medical bills,

pain and suffering, lost wages and loss of earning potential and capacity, disfigurement, anguish, loss of consortium caused by the negligence of the Defendant, Zachery Newton.

## JURISDICTION

6. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a), because complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## FACTS

7. At all times material hereto, the Plaintiff, Nancy Rivera, was the operator of a 2016 Cadillac ATS with Pennsylvania license plate number MBD6657.

8. At all times material hereto, the Defendant, Zachery Newton, was the operator of a 2006 Toyota Camry bearing New Jersey License Plate No. L85LYU.

9. On December 15, 2023, at approximately 10:08 am, the Plaintiff was lawfully braking on Interstate 80, Denville Township, Morris County, New Jersey, when she was rear-ended by the Defendant driver suddenly and without warning.

10. The aforesaid collision was the result of the carelessness and negligence of the Defendant, Zachery Newton, and as a result, the Plaintiff, Nancy Rivera, sustained the following severe, serious, painful and permanent injuries, including but not limited to the following:

    a)     Neck injury;

    b)     Cervical Radiculopathy;

    c)     Back injury;

    d)     Hematomas;

    e)     Head injury;

    f)     Chronic pain syndrome;

      g)      Shoulder Injury; and

      h)      Emotional Distress.

11.      As a result of the aforementioned injuries, the Plaintiff, Nancy Rivera, has obtained medical care and treatment from various care providers for which a recovery is sought to the extent that expenses for such treatment exceeded the limits pursuant to the Pennsylvania Motor Vehicle Financial Responsibility Law.

12.      As a result of the aforesaid injuries, the Plaintiff, Nancy Rivera, was rendered sick, sore and disabled and sustained physical and mental pain and great discomfort, all of which required medical care and treatment.

13.      As a further result of the aforesaid injuries, the Plaintiff, Nancy Rivera, suffered and continues to suffer great physical and mental pain, discomfort and inconvenience, and has been informed, believes and therefore avers that her injuries are of a continuing and permanent nature and that she will continue to suffer in the future and require additional medical care and treatment from time to time.

14.      The Plaintiff, Nancy Rivera, has been informed, believes and therefore avers that she may be obliged to spend various sums of money and incur various expenses for treatment of the aforementioned injuries in the future, with said expenses for these injuries and treatment may exceed the limits provided for under the Pennsylvania Motor Vehicle Financial Responsibility Law and for which the Plaintiff seeks recovery from the Defendants herein.

15.      As a further result of the aforementioned injuries sustained in this accident, the Plaintiff, Nancy Rivera, has sustained and will continue to sustain a loss of everyday pleasures and enjoyments of life and for which a claim is hereby made.

16. As a result of the subject matter collision and the injuries received in that collision, the Plaintiff, Nancy Rivera, has suffered and continues to suffer a loss of her earning capacity and power and this loss of income and/or impairment of earning capacity and power exceeded the sums recoverable under the limitations of the Pennsylvania Motor Vehicle Financial Responsibility Law for which a claim is hereby made and said loss is alleged to be permanent.

WHEREFORE, the Plaintiff, Nancy Rivera, hereby demands judgment in her favor and against the Defendant, Zachery Newton, in an amount in excess of seventy-five thousand ($75,000.00) dollars.

## COUNT I – NEGLIGENCE

## NANCY RIVERA vs. ZACHERY NEWTON

17. The Plaintiff, Nancy Rivera, incorporates by reference paragraphs 1 – 16 as though the same were set forth at length herein.

18. The aforementioned collision and injuries sustained by the Plaintiff were the direct result of the carelessness and negligence of the Defendant, Zachery Newton, which said negligence and carelessness consisted of but is not limited to the following:

    a) In then and there operating his vehicle so as to cause an impact with the Plaintiff's vehicle;

    b) In then and there failing to keep his vehicle under control to avoid impact with Plaintiffs vehicle;

    c) In then and there driving too fast for conditions when traffic was stopped in front;

  d)  In then and there failing to yield to traffic on Interstate 80, in Denville Township, Morris County, New Jersey;

  e)  In then and there failing to remain attentive to the roadway and the pattern of traffic in front of his vehicle, which was changing;

  f)  In then and there failing to keep a reasonable lookout for hazards and other vehicles on the roadway;

  g)  In then and there failing to maintain a safe distance from vehicles ahead;

  h)  In then and there failing to have his vehicle under proper and adequate control under the circumstances;

  i)  In then and there failing to use or otherwise apply his brakes or take any reasonable steps to avoid the aforementioned collision;

  j)  In then and there failing to have his vehicle under such control that it could be stopped within the assured clear distance ahead; and

  k)  In then and there operating a vehicle while being distracted and/or using a cell phone.

WHEREFORE, the Plaintiff, Nancy Rivera, hereby demands judgment in her favor and against the Defendant, Zachery Newton, in an amount in excess of seventy-five thousand ($75,000.00) dollars.

            Respectfully submitted,

            ANZALONE & DOYLE TRIAL LAWYERS

              /s/ Stephen T. Kopko
            STEPHEN T. KOPKO, ESQUIRE
            KELLY M. CIRAVOLO, ESQUIRE
            Attorneys for Plaintiff

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Signature: /s/ Stephen T. Kopko

Name: Stephen T. Kopko

Attorney No. (if applicable): 312381

Rev. 12/2017

## **VERIFICATION**

     I, Nancy Rivera, Plaintiff herein, certify that the statements contained in the foregoing Complaint are true and correct and are made subject to the penalties of 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities.

_____
NANCY RIVERA